UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

**WESTFIELD INSURANCE COMPANY,**

    **Plaintiff,**

**v.**                                                 **No. 1:25-cv-00184-CEA-CHS**
                                                    **JURY TRIAL DEMANDED**

**HUDSON CONSTRUCTION COMPANY,**

    **Defendant.**

## MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY OR ADMINISTRATIVELY CLOSE THE CASE PENDING THE UNDERLYING LITIGATION

    COMES NOW the Defendant, Hudson Construction Company ("Hudson"), and appearing specifically for the purpose of contesting jurisdiction in this case, reserving all defenses to which it is entitled, and in response to the Complaint filed by Westfield Insurance Company, respectfully moves the Court to decline to exercise its discretionary jurisdiction over this declaratory judgment action, or in the alternative, to stay or administratively close the case pending the underlying litigation. In support of this Motion, Hudson relies on the Memorandum in Support of Hudson's Motion to Dismiss or, in the Alternative, to Stay or Administratively Close the Case Pending the Underlying Litigation filed contemporaneously herewith.

    WHEREFORE, PREMISES CONSIDERED, Hudson respectfully requests that this Court grant its Motion.

## CERTIFICATE OF CONSULTATION

I certify that I consulted with counsel for Plaintiff, Elizabeth Bass, on September 12, 2025 to determine if an amendment could cure Plaintiff's Complaint. Because the nature of Defendant's Motion to Dismiss raises a jurisdictional issue, the parties agreed that an amendment would have no impact on the jurisdictional issue presented.

s/ J. Brandon McWherter

Respectfully submitted,

McWHERTER SCOTT & BOBBITT, PLC

s/ J. Brandon McWherter
J. BRANDON McWHERTER #21600
brandon@msb.law
JONATHAN L. BOBBITT #23515
jonathan@msb.law
109 Westpark Drive, Suite 260
Brentwood, Tennessee 37027
Telephone: (615) 354-1144
Fax: (731) 664-1540

BAKER G. EVANS #039868
baker@msb.law
54 Exeter Road, Suite D
Jackson, Tennessee 38305
Telephone: (731) 664-1430
Fax: (731) 664-1540

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and exact copy of this **MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY OR ADMINISTRATIVELY CLOSE THE CASE PENDING THE UNDERLYING LITIGATION** has been delivered to all counsel of record via the Court's Electronic Filing System on this the 15th day of September 2025.

Elizabeth M. Bass
elizabeth@richardsonlawgrp.com
RICHARDSON LAW GROUP, PLLC
700 East Main Street, Suite 201
Hendersonville, Tennessee 37075

s/ J. Brandon McWherter